**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Gregory Sogoyan, Esq. (SBN 316832)
gsogoyan@quillarrowlaw.com
Luis A. Serrano, Esq. (SBN 349024)
lserrano@quillarrowlaw.com
e-service@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Attorneys for Plaintiff,
**RUSSELL WAYNE ALLEN**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost, Esq.
Mehgan Gallagher
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
eservice@thetafirm.com
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL WAYNE ALLEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendants, | Case No.: 2:24-cv-00409-JAM-JDP<br><br>*Senior Judge John A. Mendez*<br>*Magistrate Judge Jeremy D. Peterson*<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); IT IS HEREBY STIPULATED, by and between Plaintiff, RUSSELL WAYNE ALLEN and Defendant, MERCEDES-BENZ USA, LLC, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Dated:   August 7, 2024                                   **QUILL & ARROW, LLP**


By:   */s/Luis A. Serrano*
Kevin Y. Jacobson, Esq.
Luis A. Serrano, Esq.
Attorneys for Plaintiff,
**RUSSELL WAYNE ALLEN**

Dated:   August 7, 2024                                   **THETA LAW FIRM LLP**


By:   */s/Mehgan Gallagher*
Soheyl Tahsildoost, Esq.
Mehgan Gallagher, Esq.
Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL WAYNE ALLEN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendant, | Case No.: 2:24-cv-00409-JAM-JDP<br><br>*Senior Judge John A. Mendez*<br>*Magistrate Judge Jeremy D. Peterson*<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is **APPROVED**. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED** w**ith prejudice**.

IT IS SO ORDERED.

Dated: August 07, 2024    /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ
                          SENIOR UNITED STATES DISTRICT JUDGE